No. 76–6253.  WHITNEY v. UNITED STATES.  Ct. App. D. C. Certiorari denied.

No. 76–6283.  BARRY v. FLORIDA.  Dist. Ct. App. Fla., 1st Dist.  Certiorari denied.

No. 76–6289.  HOMBURG v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 76–6300.  WARREN v. UNITED STATES.  Ct. App. D. C. Certiorari denied.

No. 76–6303.  BILES v. MISSISSIPPI.  Sup. Ct. Miss.  Certiorari denied.

No. 76–6308.  WADE v. UNITED STATES.  Ct. Cl.  Certiorari denied.

No. 76–6325.  GARRISON v. MAGGIO, WARDEN.  C. A. 5th Cir.  Certiorari denied.

No. 76–6341.  LA VIOLETTE v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 76–6346.  ISAACSON v. PERINI.  C. A. 6th Cir.  Certiorari denied.

No. 76–6373.  SMITH v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 76–6375.  GWYNN v. UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 76–6390.  COLLINS v. UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 76–6398.  SEIFFERT v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 76–6423.  GOFF v. UNITED STATES.  Ct. Cl.  Certiorari denied.